UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE BAGGETT, | |
| Plaintiff, | Case No. 1:05-cv-804 |
| v. | Honorable Wendell A. Miles |
| WILLIE O. SMITH et al., | |
| Defendants. | |

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: <u>January 3, 2006</u>    /s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge